# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

TEXHOMA PROPERTIES, LLC, )
)
Plaintiff, )
)
v. )
) Case No. CIV-23-3-F
STATE FARM FIRE AND )
CASUALTY COMPANY, )
)
Defendant. )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Texhoma Properties, LLC and Defendant State Farm Fire and Casualty Company, hereby stipulate to a dismissal with prejudice of all claims and causes of action asserted by Plaintiff in the above styled case. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

/s/ Ellen A. Adams_____
*(signed by filing attorney with permission from non-filing attorney)*
Lance E. Leffel, OBA #19511
Ellen A. Adams, OBA #21581
Maria G. Escobar, OBA #35105
GABLEGOTWALS
BOK Park Plaza
499 W. Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
T: (405) 235-5500
F: (405) 235-2875
lleffel@gablelaw.com
eadams@gablelaw.com
mescobar@gablelaw.com
ATTORNEYS FOR DEFENDANT

/s/ Andrew M. Gunn_____
R. Ryan Deligans, OBA #19793
Andrew M. Gunn, OBA #19470
DURBIN, LARIMORE & BIALICK
920 North Harvey
Oklahoma City, OK 73102-2610
T: (405) 235-9584
F: (405) 235-0551
rdeligans@dlb.net
agunn@dlb.net
ATTORNEYS FOR PLAINTIFF